**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6816

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RANDALL J. KEYSTONE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00013-JPJ-1)

Submitted:  November 14, 2024                Decided:  November 19, 2024

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randall J. Keystone, Appellant Pro Se.  Paula Danielle Stone, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall J. Keystone appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and find no reversible error. *See United States v. Davis*, 99 F.4th 647, 653-55, 657-59, 661 (4th Cir. 2024) (stating standard of review, addressing determinations district court must make to grant relief, and addressing parameters governing district court's consideration of factors raised for relief); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *United States v. Keystone*, No. 2:18-cr-00013-JPJ-1 (W.D. Va. Aug. 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*